**Order entered October 7, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00277-CR

### MARIA CEGUDA PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court-Auxiliary Court No. 4B
### Dallas County, Texas
### Trial Court Cause No. TR-12-33781

## ORDER

On August 22, 2013, this Court ordered appellant, who is representing herself in this appeal from her Class C misdemeanor conviction, to file her brief by September 23, 2013. We warned appellant that if she did not file her brief by the date specified, we would order the appeal submitted without briefs. To date, appellant has neither filed a brief nor communicated with the Court regarding the appeal.

Accordingly, we **ORDER** the appeal submitted as of the date of this order without briefs and without argument to a panel consisting of Justices FitzGerald, Francis, and Myers. *See* Tex. R. App. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Maria Ceguda Perez, 5334 Kiamesha Way, Mesquite, Texas 75150.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Dallas County District Attorney's Office.

/s/     DAVID EVANS
          JUSTICE